■ EDWINA C. BOTHMAN, as Executor of GEORGE BOTHMAN, Deceased, Appellant, v STATE OF NEW YORK, Respondent.

(Claim No. 69222.) [651 NYS2d 262] —Appeal by the claimant from an order of the Court of Claims (Mega, J.), dated October 11, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Judge Mega at the Court of Claims. Rosenblatt, J. P., O'Brien, Thompson and Luciano, JJ., concur.